

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00451-CV

Kody **KOTHMANN**, as Trustee of the Kody Kothmann 1992 Irrevocable Trust,
Appellant

v.

Carl **MENZIES** and Steve Menzies, as Trustee of the Perry P. Menzies and Mary Louise
Menzies Living Trust,
Appellees

From the 452nd District Court, Menard County, Texas
Trial Court No. 2020-05655
Honorable Robert Hoffman, Judge Presiding

## O R D E R

On November 9, 2021, we advised Appellant that the complained of order did not appear to be a final order, and we ordered Appellant to show cause why we have jurisdiction in this appeal.

Appellant's timely response acknowledged that the order was not final. Appellant moved to dismiss the appeal, or in the alternative, asked for additional time for the district court to sign a final judgment.

We granted Appellant's motion for additional time for the trial court to sign a final judgment, which it did on November 17, 2021, and a supplemental clerk's record containing the final judgment was filed on November 24, 2021.

We REINSTATE this appeal on this court's docket. We set Appellant's brief due on December 27, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court